State v. Murrin.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1) The indictment is authorized by section 3489, Revised Statutes 1889. It is drawn in the language of the statute as near as practicable, and is therefore sufficient in every essential particular. *State v. Chumley*, 67 Mo. 41; *State v. Little*, 67 Mo. 624. (2) There is abundant evidence disclosed in the transcript to authorize the verdict of guilty.

---

The State v. Murrin, *Appellant.*

Division Two, November 9, 1897.

Appeals: criminal law: no bill of exceptions. When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

*Appeal from St. Louis City Circuit Court.*—HON. WILLIAM ZACHRITZ, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

SHERWOOD, J.—Grand larceny the charge, a milch cow the subject-matter of the theft, and sentence for three years in the penitentiary, are the component parts of this record in which, as there is no error and no bill of exceptions, judgment affirmed.    All concur.

**Appeals:** CRIMINAL LAW: RECORD: NO BILL OF EXCEPTIONS.    When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.